# TEACHERS' RETIREMENT SYSTEM OF LOUISIANA

Direct Deposit for: DIXON HERBERT B  ID # 8272 0  DATE: 04/01/2009

| DEDUCTIONS | | CHECK | YEAR-TO-DATE |
|---|---|---|---|
| LRTA MEMBERSHIP DUES | 25.00 | | |
| GROSS | | 2,406.12 | 9,624.48 |
| FEDERAL TAX W/H | | 0.00 | 0.00 |
| TOTAL DEDUCTIONS | | 25.00 | |
| NET PAY | | 2,381.12 | |

Please be aware that your benefit is paid in advance. If you die before the first of the month, your deposit for that month may be reclaimed and not be available in your account.

New federal tax withholding rates take effect 4/1/09 which may change the tax amount withheld from your benefit. Federal tax withholding can be changed using Member Access or by sending us IRS Form W-4P (available at www.trs.org). Also, if you authorized LRTA annual dues deduction, it was deducted from this payment. Questions about LRTA dues? Call 225.927.8837. Tax withholding questions? Call 1-877-ASK-TRSL or 225.925.6446.

Please retain this statement for future reference.

FOLD, CREASE AND TEAR ALONG P
REMOVE THESE EDGES FIRST
FOLD

# TEACHERS' RETIREMENT SYSTEM OF LOUISIANA

Direct Deposit for: DIXON HERBERT B    ID # 8272 0    DATE: 03/01/2009

| | CHECK | YEAR-TO-DATE |
|---|---:|---:|
| GROSS | 2,406.12 | 7,218.36 |
| FEDERAL TAX W/H | 0.00 | 0.00 |
| TOTAL DEDUCTIONS | 0.00 | |
| NET PAY | 2,406.12 | |

| DEDUCTIONS |
|---|

Please be aware that your benefit is paid in advance. If you die before the first of the month, your deposit for that month may be reclaimed and not be available in your account.

All address changes MUST be submitted in writing to TRSL. Change of address forms and self-service options are available online at www.trsl.org. Members can register online to view benefit information and update federal tax withholding. For questions about the online system please call 925-6446 or 1-877-ASK-TRSL (1-877-275-8775) outside the Baton Rouge area.

Please retain this statement for future reference.

# TEACHERS' RETIREMENT SYSTEM OF LOUISIANA

Direct Deposit for: DIXON HERBERT B
ID # 82720
DATE: 02/01/2009

| | CHECK | YEAR-TO-DATE |
|---|---|---|
| GROSS | 2,406.12 | 4,812.24 |
| FEDERAL TAX W/H | 0.00 | 0.00 |
| TOTAL DEDUCTIONS | 0.00 | |
| NET PAY | 2,406.12 | |

| DEDUCTIONS |
|---|

Please be aware that your benefit is paid in advance. If you die before the first of the month, your deposit for that month may be reclaimed and not be available in your account.

Your 2008 Form 1099-R has been mailed. If you do not receive your Form 1099-R by 2/2/09 call our toll free information number 1-877-ASK-TRSL (1-877-275-8775). The most commonly asked question is about Box 5. This amount is NOT insurance related. This Box shows the amount of your benefit that is tax-free. It is the difference between Boxes 1 & 2a.

Please retain this statement for future reference.

```
HERBERT DIXON                    DEPT: 80000         PAY PERIOD: 04/01/09-04/30/09          DIRDEP NO.:    80872
                                                                                            PAY DATE:    04/30/09

EARNINGS    HOURS      AMOUNT   DEDUCTIONS   AMOUNT    DEDUCTIONS   AMOUNT
SALARY     160.00    1,400.00   FWT           37.00                          YTD GROSS     9,195.00
UNVOEXP      1.00      500.00   MEDI          24.38                          YTD TXBLE     8,320.92
                                SSEC         104.25                          YTD FWT         409.00
                                SWTLA         43.95                          YTD SWT         213.94
                                GBL           25.00                          YTD SSEC        515.89
                                LSU          193.52                          YTD MEDI        120.64
                                                                             YTD RET           0.00

                                                                             LEAVE BALANCES
                                                                               ANNUAL        0.00
                                                                               SICK          0.00
                                                          TOTAL DEDUCT  428.10 COMP          0.00
GROSS PAY            1,900.00                             NET PAY     1,471.90
TERM DATE
```

STATE OF LOUISIANA
HOUSE OF REPRESENTATIVES
PAYROLL ACCOUNT                                                                 80872

** VOID ** VOID ** VOID ** VOID ** VOID ** VOID **            04/30/09    $   1,471.90

                                                              NON-NEGOTIABLE

HERBERT DIXON
2701 THIRD STREET
ALEXANDRIA, LA 71302

AVOYELLES PARISH SCHOOL BOARD

ON 01/30/2009, THE FOLLOWING PAYROLL CHECK WILL BE DEPOSITED
INTO YOUR CHECKING ACCOUNT IN THE AMOUNT OF  $3,072.55.

HERBERT B DIXON SR
2701 THIRD ST
ALEXANDRIA, LA 71302

(BANK NAME AND ACCOUNT)
RAPIDES SCHOOL EMP. FED. C.U.
0004500006

EMPLOYEE: XXX-XX-8272           PAYROLL PERIOD ENDING: 01/31/2009     LOCATION: 27

| -----EARNINGS----- | | | -----DEDUCTIONS----- | | |
|---|---|---|---|---|---|
| DESCRIPTION | HOURS | AMOUNT | DESCRIPTION | CURRENT | Y-T-D |
| REG WAGES |  | 2,002.57 | FED W/H | 374.69 | 374.69 |
| INCREMENT |  | 138.38 | MEDICARE | 56.86 | 56.86 |
| OTH PAY #3 |  | 1,780.39 | STATE | 80.59 | 80.59 |
|  |  |  | LTR | 313.71 | 313.71 |
|  |  |  | AFT.DUES | 22.94 | 22.94 |

Available as of JAN. 00, 2009
SICK/EMERGENCY          4.00

CHECK GROSS     3,921.34
YTD TAXABLE     3,607.63
YTD EARNINGS    3,921.34     NET PAY     3,072.55